DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KANORRUS J. BUTLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1874

[ July 13, 2017 ]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County, Paul L. Backman, Judge; L.T. Case No. 08-008647 CF10A, 07-018256 CF10A, 07-018996 CF10A, 07-020487 CF10A.

Kanorrus J. Butler, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***